**ELEMENTIS SPECIALTIES, INC., Plaintiff–Appellant,**

v.

**Jon W. DUDAS, Under Secretary of Commerce for Intellectual Property and Director of the Patent and Trade- mark Office, and Patent and Trade- mark Office, Defendants–Appellees.**

No. 05–1239.

United States Court of Appeals, Federal Circuit.

April 3, 2006.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).